1 **BRIDGET KENNEDY**
California State Bar No. 253416
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5030
Telephone (619) 234-8467
4 Facsimile (619) 687-2666
bridget_kennedy@fd.org
5
6 Attorneys for Mr. Joseph Vallone

7 UNITED STATES DISTRICT COURT
8 FOR THE SOUTHERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,      )   Case No. 08mj0140
                                  )
11        Plaintiff,               )
                                  )
12 v.                              )
                                  )   **NOTICE OF APPEARANCE**
13 **JOSEPH VALLONE**,            )
                                  )
14        Defendant.              )
                                  )
15

16        Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

17 Bridget L. Kennedy, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney

18 in the above-captioned case.

19                                         Respectfully submitted,

20 Dated: January 24, 2008                 *s/ Bridget Kennedy*
                                           Federal Defenders of San Diego, Inc.
21                                         *bridget_kennedy@fd.org*

22
23
24
25
26
27
28